IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. 3:12-0324 |
| Plaintiff, | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| TONY ODIGIE, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

A status conference has been set in this action for **Friday, October 26, 2012 at 4:00 p.m.** A representative of the United States Department of Education shall appear and participate in the conference.

It is so **ORDERED**.

**ENTERED** this the 26th day of September, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge